UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ERIANNA LOTT-BECKLES AND<br>NIGEL BECKLES<br>Plaintiffs<br>v.<br><br>STILLWATER INSURANCE COMPANY<br>AND<br>STILLWATER INSURANCE SERVICES, INC.<br>AND<br>STILLWATER INSURANCE GROUP<br>Defendants | : <br>: <br>: <br>: CIVIL DOCKET NO: 18-cv-03829-GAM<br>: <br>: <br>: <br>: **STIPULATION TO EXTEND TIME TO**<br>: **RESPOND TO COMPLAINT AND DISMISS**<br>: **IMPROPERLY NAMED DEFENDANTS**<br>: |

AND NOW, this 14th day of September, 2018, it is hereby **STIPULATED** and **AGREED**, by and between counsel for the Defendant, Stillwater Insurance Company, and counsel for the Plaintiffs, Erianna Lott-Beckles and Nigel Beckles, that:

1. "Stillwater Insurance Services, Inc." and "Stillwater Insurance Group" are hereby dismissed as improperly named Defendants; and it is further

2. **STIPULATED** and **AGREED**, that the properly named Defendant, Stillwater Insurance Company, shall have an additional fourteen (14) days from the date of this Stipulation (September 14, 2018) to file a response to the Complaint.

| | |
|---|---|
| **LAW OFFICES OF CRAIG A. ALTMAN, ESQ.** | **MARSHALL DENNEHEY WARNER COLEMAN & GOGGIN** |
| BY: _/s/ Allan J. Aigeldinger_<br>Allan J. Aigeldinger, III, Esquire<br>Attorney for Plaintiffs<br>19 S. 21st Street<br>Philadelphia, PA 19103<br>(215) 569-4488 | BY: _/s/ Jennie Philip_<br>Jennie Philip, Esquire<br>Attorney for Defendant<br>2000 Market Street, Suite 2300<br>Philadelphia, PA 19103<br>(215) 575-2781 |

BY THE COURT

_____
The Honorable Gerald A. McHugh